■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAURA MARTIN, Appellant. [865 NYS2d 588]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed June 13, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Carni and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE McGUIRE, Appellant. [865 NYS2d 564]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 27, 1994 (*People v McGuire*, 205 AD2d 805 [1994]), affirming a judgment of the Supreme Court, Kings County, rendered November 13, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Spolzino, Ritter and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEMITOPE ODUBOGUN, Appellant. [865 NYS2d 563]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 30, 2007 (*People v Odubogun*, 36 AD3d 942 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered June 14, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Skelos and Fisher, JJ., concur.